**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09CV01663  BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MILAGRO TAURUS a/k/a/ L. I. MAUCK,

    Plaintiff,

v.

JILL MAUCK WHITLOCK,
THE FEDERAL RESERVE,
CITIBANK (GROUP),
BANK AMERICA [sic],
AMERICAN BANKERS ASSOCIATION,
AIG, and
THE TREASURY DEPT.,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a document titled "Emergency Motion: Injunction Order," a Civil Cover Sheet, a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) __ is not submitted
(2) __ is not on proper form (must use the court's current form)
(3) _X_ is missing original signature by Plaintiff
(4) _X_ is missing affidavit
(5) __ affidavit is incomplete
(6) _X_ affidavit is not notarized or is not properly notarized
(7) _X_ names in caption do not match names in caption of complaint, petition or application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) _X_ other: (The motion is missing page 4 which requires Plaintiff's signature and affidavit.)

**Complaint or Petition:**
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the Plaintiff
(13) _X_ is incomplete (Claims for Relief, Factual Allegations, Request for Relief and Signature have been omitted (pages 3 through 6 of the Complaint)
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_ names in caption do not match names in text (names in caption do not match the names in "Section A. Parties"
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above ~~within thirty (30) days from the date of this order. Any papers that the Plaintiff files~~ in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 13th day of July, 2009.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **09CV01663**

Milagro Taurus
a/k/a L.I. Mauck
850 Lincoln Street
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on   7/14/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk