IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01663-BNB

MILAGRO TAURUS a/k/a/ L. I. MAUCK,

    Plaintiff,

v.

JILL MAUCK WHITLOCK,
THE FEDERAL RESERVE,
CITIBANK (GROUP),
BANK AMERICA [sic],
AMERICAN BANKERS ASSOCIATION,
AIG, and
THE TREASURY DEPT.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -9 2009

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Plaintiff Milagro Taurus a/k/a L. I. Mauck initiated this action by filing a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on July 8, 2009, and a *pro se* Complaint and "Emergency Motion: Injunction Order" on July 14, 2009. By order dated July 14, 2009, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Ms. Taurus to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Taurus to submit a signed, properly notarized 28 U.S.C. § 1915 motion on the Court-approved form. He also found that the Complaint was deficient because Ms. Taurus had omitted the claims for relief, factual allegations, request for relief and

1

signature, and because the names in the caption of the Complaint did not match the names in the text. Magistrate Judge Boland therefore ordered Ms. Taurus to re-file her Complaint on the proper, Court-approved form. Ms. Taurus was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On August 4, 2009, Ms. Taurus filed a "Brief and Motion," consisting of twenty-five pages of barely intelligible writing scrawled upon "Highlands Behavioral Health System Patient/Family Concern" report forms, in addition to emails sent by Ms. Taurus to various people, and magazine articles. On August 21, 2009, Magistrate Judge Boland's July 14, 2009 Order was returned to the Court as undeliverable.

Although the "Brief and Motion" is extremely difficult to interpret, as far as the Court can discern from this filing, Ms. Taurus is currently hospitalized, and is petitioning the District Court for the Northern District of Illinois to take her under its wing. Ms. Taurus does not request any relief from the Court, but merely states that she is "asking Chicago to take jurisdiction to [sic] the case." Motion at 2. To the extent Ms. Taurus is requesting that her case be transferred to the Northern District of Illinois, pursuant to 28 U.S.C. § 1631, the Court may transfer the action to any other court in which the action could have been brought if it is in the interest of justice. However, prior to transferring an action under § 1631, the district court seeking to transfer an action must ascertain that the proposed transferee court is one in which the action could have been brought at the time it was filed. *See **Viernow v. Euripides Dev. Corp.***, 157 F.3d 785, 794 n.16 (10th Cir. 1998). The Court does not have sufficient information before it to determine whether this action could have been brought in the Northern District of Illinois

at the time it was filed. Therefore, the Court does not find that the interests of justice would be served by transferring this action.

Ms. Taurus has not filed a signed, properly notarized 28 U.S.C. § 1915 motion nor an Amended Complaint on the court-approved form, as directed by Magistrate Judge Boland, nor has she communicated with the Court since August 4, 2009. As a result, she has failed to cure the deficiencies within the time allowed. Therefore, the Complaint and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice for failure to cure all deficiencies within the time allowed.

DATED at Denver, Colorado, this 9 day of Sept., 2009.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01663-BNB

Milagro Taurus
a/k/a L.I. Mauck
850 Lincoln Street
Denver, CO 80203

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/9/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk